**LAW OFFICES OF YONI WEINBERG, P.C.**
Yoni Weinberg, Esq. (306357)
11601 Wilshire Blvd., #500
Los Angeles, CA 90025
Telephone: (818) 697-1079
Facsimile: (855) 682-4983
E-mail: yoni@yoniweinberg.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSARA ENERGY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SPACE SHIPPING LTD., GEDEN HOLDINGS LTD.; ADVANTAGE SPRING SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; MEHMET EMIN KARAMEHMET; GULSUN NAZLI KARAMEHMET-WILLIAMS; TUGRUL TOKGOZ; MEHMET MAT; FLEETSCAPE SPRING, LLC; FLEETSCAPE ADVANTAGE HOLDINGS, LLC; <br><br> Defendants. | Case No. <br><br> **VERIFICATION OF COMPLAINT** |

Pursuant to 28 U.S.C. §1746, George Gaitas, declares under the penalty of perjury:

    1.    I am an individual of sound mind and have never been convicted of a crime of moral turpitude.

    2.    I am a citizen of the United States and a resident of Houston, Texas and a lawful attorney of the Plaintiff in litigation matters involving the above action and duly authorized on its behalf to make this verification.

3. I am making this declaration on behalf of the Plaintiff as it is a party with its personnel and offices located in Greece, which has a 10 hour time difference with California and due to the exigent circumstances and the time difference, its own personnel cannot timely verify the Complaint, of which they have received a draft and will verify same promptly when it becomes daytime at their location, and the verification of Psara Energy Limited will then be filed.

4. I have read the foregoing Verified Complaint and exhibits thereto in the above captioned action and know the contents thereof; and

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed in Houston, Texas this 19th day of June, 2020

*George A. Gaitas*
George A. Gaitas