|   |   |
|---|---|
| 1 | **LAW OFFICES OF YONI WEINBERG, P.C.** |
|   | Yoni Weinberg, Esq. (306357) |
| 2 | 11601 Wilshire Blvd., #500 |
| 3 | Los Angeles, CA 90025 |
|   | Telephone: (818) 697-1079 |
| 4 | Facsimile: (855) 682-4983 |
|   | E-mail: yoni@yoniweinberg.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSARA ENERGY, LTD., | Case No. |
| Plaintiff, | |
| v. | **DECLARATION OF GEORGE A. GAITAS AUTHENTICATING EXHIBITS 1-13** |
| SPACE SHIPPING LTD., GEDEN HOLDINGS LTD.; ADVANTAGE SPRING SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; MEHMET EMIN KARAMEHMET; GULSUN NAZLI KARAMEHMET-WILLIAMS; TUGRUL TOKGOZ; MEHMET MAT; FLEETSCAPE SPRING, LLC; FLEETSCAPE ADVANTAGE HOLDINGS, LLC; | |
| Defendants. | |

I, George A. Gaïtas, pursuant to Section 1746 of Title 28 United States Code, hereby declare and state the following under the penalty of perjury:

    A.    I am an individual of sound mind and have never been convicted of a crime of moral turpitude.

    B.    I am an attorney at law with the law firm of Gaitas & Chalos, P.C. and I represent the Plaintiff ECLIPSE LIQUIDITY, INC, (hereinafter "Plaintiff") in the above-captioned matter.

1

B.   I am making this declaration in support of Plaintiff's Verified Complaint in the above captioned action.

C.   The purpose of my declaration is to authenticate documents which are attached hereto as exhibits and which will be referred to in Plaintiff's Verified Complaint. All of the documents attached are genuine copies of original documents in my possession, documents from public records, or from publications available and obtainable by the public at large. The documents hereunder authenticated are the following:

1) Attached hereto and marked as EXHIBIT 1 is a charter party dated Feb. 23, 2010 between Psara Energy Limited as owner and Geden Holdings Limited or nominee;

2) Attached hereto and marked as EXHIBIT 2 is an irrevocable performance guarantee dated March 4, 2010 signed by Geden Holdings, Ltd.

3) Attached hereto and marked as EXHIBIT 3 is a diagrammatic representation of the holding structure organization of Advantage Tankers, LLC extracted from a loan agreement for the refinancing of one of its 100% owned vessels the ADANTAGE ARROW dated April 2, 2016 with bank NORDDEUTSCHE LANDESBANK GIROCENTRALE.

4) Attached hereto and marked as EXHIBIT 4 is a document headed "Consent Letter", with Bates No.'s D01248 through D01252, produced in discovery by Advantage Tankers LLC in earlier litigation in the Southern District of Texas.

5) Attached hereto and marked as EXHIBIT 5 is an extract from the deposition of Mr. Dave Chapman of Shell Oil Company, in which I examined the said deponent.

6) Attached hereto and marked as EXHIBIT 6 is manager's undertaking of Genel Denizcilik Nakliyati, A.S. signed by its CFO Mehmet Mat as part of the loan agreement with Hayfin Bank for the acquisiitoin/ financing of the vessels ADVANTAGE SPRING, ADVANTAGE SUMMER and ADVANTAGE SKY.

7) Attached hereto and marked as EXHIBIT 7 is an extract from the loan agreement with the Hayfin Bank regarding the financing for the purchase of the vessels ADVANTAGE SPRING, ADVANTAGE SUMMER and ADVANTAGE SKY.

8) Attached hereto and marked as EXHIBIT 8 is a letter of Geden Holdings Ltd. dated March 4, 2010 signed by its Chief Executive Officer referring to the ownership of its one ship companies.

9) Attached hereto and marked as EXHIBIT 9 is a restructuring report dated March 6, 2013, headed "Project Hermitage Restructuring" authored by AlixPartners UK LLP ("AlixPartners") regarding the reorganization of the Geden group of companies and their business.

10) Attached hereto and marked as EXHIBIT 10 is a multipage document obtained from the ship mortgage records of the Marshall Islands and it contains the following documents: "FIRST ADDENDUM TO FIRST PREFERRED MARSHALL ISLANDS MORTGAGE" dated 31 January 2010; "AMENDMENT AND RESTATEMENT AND RELEASE AGREEMENT" dated January 7, 2020; "APPENDIX FORM OF AMENDED AND RESTATED FACILITY AGREEMENT (MARKED TO INDICATEAMENDMENTS)".

11) Attached hereto and marked as EXHIBIT 11 is a brief biographical sketch of Mr. Tobias Backer of Fleetscape, accessed online on June 19, 2010 at http://forums.capitallink.com/shipping/2017NYmaritime/bios/backer.html .

12) Attached hereto and marked as EXHIBIT 12 is email correspondence dated April 18, 2013 from Mr. Backer to Mr, Mehmet Mat AT bates No. GH01009.

13) Attached hereto and marked as EXHIBIT 13 is email correspondence exchanged between Mehmet Mat and Mr. Backer in January 2014 and reproduced in documents with Bates No.'s GH 01278 -GH 01286.

3

Under the penalties of perjury, under the laws of the United States the above and foregoing is truthful and correct.

Signed in Houston, Texas on this 19th day of June 2020.

Respectfully Submitted,

By: *George A. Gaitas*
George A. Gaitas