# EXHIBIT 7

## $125,621,426 Secured Loan Agreement

Dated 30 April 2015

(1)   **Advantage Sky Shipping LLC**
      **Advantage Summer Shipping LLC**
      **Advantage Spring Shipping LLC**
      **(as Borrowers)**

(2)   **The Financial Institutions**
      **listed in Schedule 1**
      **(as Original Lenders)**

(3)   **Hayfin Services LLP**
      **(as Agent)**

(4)   **Hayfin Services LLP**
      **(as Security Agent)**

LONLIVE\20526505.13

Stephenson Harwood LLP
1 Finsbury Circus
London EC2M 7SH
Tel +44 20 7329 4422
Fax +44 20 7329 7100
DX No. 64 Chancery Lane
www.shlegal.com


**STEPHENSON HARWOOD**

GH 03081

**Contents**

| | | Page |
|---|---|---|
| **Section 1** | **Interpretation** | **2** |
| 1 | Definitions and Interpretation | 2 |
| **Section 2** | **The Loan** | **24** |
| 2 | The Loan | 24 |
| 3 | Purpose | 24 |
| 4 | Conditions of Utilisation | 24 |
| **Section 3** | **Utilisation** | **26** |
| 5 | Advance | 26 |
| **Section 4** | **Repayment, Prepayment and Cancellation** | **27** |
| 6 | Repayment | 27 |
| 7 | Illegality, Prepayment and Cancellation | 29 |
| **Section 5** | **Costs of Utilisation** | **33** |
| 8 | Interest | 33 |
| 9 | Interest Periods | 33 |
| 10 | Changes to the Calculation of Interest | 33 |
| 11 | Fees | 34 |
| **Section 6** | **Additional Payment Obligations** | **36** |
| 12 | Tax Gross Up and Indemnities | 36 |
| 13 | Increased Costs | 44 |
| 14 | Other Indemnities | 46 |
| 15 | Mitigation by the Lenders | 48 |
| 16 | Costs and Expenses | 49 |
| **Section 7** | **Security and Application of Moneys** | **51** |
| 17 | Security Documents and Application of Moneys | 51 |
| **Section 8** | **Representations, Undertakings and Events of Default** | **56** |
| 18 | Representations | 56 |
| 19 | Information Undertakings | 63 |

(b) the excess of:

(i) the present value on the date of prepayment of the aggregate of: (x) 101.25 per cent. of the principal amount to be prepaid as if that amount would otherwise be prepaid on the date which is immediately after the date which is 12 months following the Drawdown Date; and (y) the amount equal to the amount of all interest which would otherwise have accrued for the period from the date of such prepayment (assuming for these purposes that LIBOR is the LIBOR rate for a period of six months on the date which is 2 Business Days prior to the date of prepayment) to immediately after the date which is 12 months following the Drawdown Date, computed using a discount rate equal to the US Treasury Rate plus 50 basis points; over

(ii) the principal amount to be prepaid.

**"Management Agreements"** means, for each Vessel, the agreement for the commercial and technical management of the Vessel entered into or to be entered into between the relevant Borrower and the Manager upon the terms acceptable to the Agent.

**"Manager"** means Genel Denizcilik Nakliyati A.S. in its capacity as both the commercial and technical manager of the Vessels and the corporate administrator of the Borrowers and the Guarantor or such other commercial and/or technical manager of the Vessels or corporate administrator of the Borrowers and the Guarantor nominated by the Borrowers as the Agent may approve.

**"Manager's Undertaking"** means the written undertaking of the Manager whereby, throughout the Facility Period unless otherwise agreed by the Agent:

(a) it will remain the commercial and technical managers of the Vessels and the corporate administrator of the Borrowers and the Guarantor;

(b) it will not, without the prior written consent of the Agent, subcontract or delegate the commercial or technical management of the Vessels (as the case may be) or the corporate administration of the Borrowers and the Guarantor to any third party;

(c) the interests of the Manager in the Insurances will be assigned to the Security Agent with first priority;

(d) all claims of the Manager against the Borrowers shall be subordinated to the claims of the Finance Parties under the Finance Documents and may be released and/or assigned (to a nominee of the Agent) by the Agent following any acceleration and enforcement under or in respect of any Finance Documents; and

(e) the Agent (acting in its sole discretion on behalf of the Majority Lenders) shall have the unilateral right to terminate one or more Management Agreements on behalf of a Borrower or Borrowers following any Event of Default which is continuing.

GH 03098

Signatures

The Borrowers

Advantage Sky Shipping LLC         )
                                   )
By:  MEHMET MAT                    )
                                   )
Address: Yapi Kredi Plaza, A Blok Kat 15,  )
Levent, Istanbul, Turkey           )
                                   )
Fax no.: +902 123 255814           )
Department/Officer: Mehmet Mat     )


Advantage Summer Shipping LLC      )
                                   )
By:  MEHMET MAT                    )
                                   )
Address: Yapi Kredi Plaza, A Blok Kat 15,  )
Levent, Istanbul, Turkey           )
                                   )
Fax no.: +902 123 255814           )
Department/Officer: Mehmet Mat     )


Advantage Spring Shipping LLC      )
                                   )
By:  MEHMET MAT                    )
                                   )
Address: Yapi Kredi Plaza, A Blok Kat 15,  )
Levent, Istanbul, Turkey           )
                                   )
Fax no.: +902 123 255814           )
Department/Officer: Mehmet Mat     )