# EXHIBIT 11

  

Download Agenda   (agenda.pdf)

# Speakers



**Tobias Backer**
Managing Director
Fleetscape

Tobias Backer represents Fleetscape, a $400m alternative capital provider to the maritime industries. Fleetscape primarily focuses on counterparty and project risk rather than asset play. As such, residual value of the vessel(s) is an element of the transaction, but not the sole focus. The target transactions would have $10-35m of equity investments and a 3-8 year investment period. Larger investments are considered through pooling capital resources from sister-funds. Fleetscape operates out of offices in London, Frankfurt and New York. Fleetscape is an Oaktree Capital Management sponsored company.

From 2009 to 2016, Tobias was Managing Director and Head of Maritime Investments at ICON Investments in New York. At ICON, Tobias had a global mandate to invest alternative investment capital in the maritime industries. He deployed $279m of equity capital to investments in the maritime space during this period. Prior to this, Tobias was a shipping and offshore banker for 13 years in Oslo and New York with DNB Bank and Fortis Bank, most recently being the Head of Shipping for North and South America for Fortis Bank. Tobias graduated from Boston University in 1996 with a Bachelor of Science in Business Administration and a Bachelor of Arts in International Relations, Magna Cum Laude.



### Capital Link Contacts

**Follow us on**
 (https://www.linkedin.com/company/capital-link)   (https://twitter.com/capitallinkship)   (https://www.facebook.com/CapitalLinkInc/)   (https://www.youtube.com/c/CapitalLinkInc)

**Quick Links**

**New York, USA**
230 Park Ave, Suite 1536
New York, NY

 +1 212 661 7566
 +1 212 661 7526