# EXHIBIT 14

**LAW OFFICES OF YONI WEINBERG, P.C.**
Yoni Weinberg, Esq. (306357)
11601 Wilshire Blvd., #500
Los Angeles, CA 90025
Telephone: (818) 697-1079
Facsimile: (855) 682-4983
E-mail: yoni@yoniweinberg.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PSARA ENERGY, LTD., | Case No. |
| Plaintiff, | |
| v. | |
| SPACE SHIPPING LTD., GEDEN HOLDINGS LTD.; ADVANTAGE SPRING SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; MEHMET EMIN KARAMEHMET; GULSUN NAZLI KARAMEHMET-WILLIAMS; TUGRUL TOKGOZ; MEHMET MAT; FLEETSCAPE SPRING, LLC; FLEETSCAPE ADVANTAGE HOLDINGS, LLC; | **ATTORNEY DECLARATION OF YONI WEINBERG** |
| Defendants. | |

Pursuant to 28 U.S.C. § 1746, this declaration is executed by Yoni Weinberg, counsel for Plaintiff, PSARA ENERGY, LTD., in order to secure the issuance of a Summons and Process of Maritime Attachment and Garnishment in the above-captioned Admiralty Cause. I, Yoni Weinberg, declare under the penalty of perjury:

I am a Member of the firm of Law Offices of Yoni Weinberg, P.C., attorneys for Plaintiff in the above referenced matter.

1

1    I am familiar with the circumstances of the Original Verified Complaint, and I submit this

2    declaration in support of Plaintiff's request for the issuance of Process of Maritime Attachment

3    and Garnishment of the property of the Defendants, SPACE SHIPPING LTD. (hereinafter

4    "SPACE SHIPPING"); GEDEN HOLDINGS LTD. (hereinafter "Geden Holdings");

5    ADVANTAGE SPRING SHIPPING, LLC (hereinafter "ADVANTAGE SPRING"); GENEL

6    DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES (hereinafter "GEDEN");

7    ADVANTAGE TANKERS, LLC (hereinafter "ADVANTAGE TANKERS"); MEHMET EMIN

8    KARAMEHMET (hereinafter "EMIN KARAMEHET); GULSUN NAZLI KARAMEHMET

9    WILLIAMS (hereinafter "KARAMEHMET WILLIAMS"); TUGRUL TOKGOZ (hereinafter

10   "TOKGOZ"); MEHMET MAT (hereinafter "MAT"); FLEETSCAPE SPRING, LLC (hereinafter

11   "FLEETSCAPE SPRING"); FLEETSCAPE ADVANTAGE HOLDINGS, LLC (hereinafter

12   "FLEETSCAPE ADVANTAGE"), pursuant to Rule B of the Supplemental Rules for Certain

13   Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

14        I have personally inquired or have directed inquiries into the presence of the Defendants

15   in this District.

16        I have directed attorneys in my firm to check with the office of the California Secretary of

17   State, using the Secretary of State's database, to determine whether the Defendants can be located

18   within this District. SPACE SHIPPING, GEDEN HOLDINGS, ADVANTAGE SPRING,

19   GEDEN, ADVANTAGE TANKERS, EMIN KARAMEHMET, KARAMEHET WILLIAMS,

20   TOKGOZ, MAT, FLEETSCAPE SPRING, and FLEETSCAPE ADVANTAGE are not registered

21   with the California Secretary of State.  Accordingly, I have determined that, as of June 19, 2020,

22   none of these Defendants are incorporated or registered as foreign corporations pursuant to the

23   laws of California, and have neither nominated nor appointed any agent for the service of process

24   within this District.

I have directed attorneys in my firm to engage a search of the Superpages telephone directory on the internet, and determined that there are no telephone listings or addresses for the Defendants within this District.

I have directed attorneys in my firm to engage in a Google search as to whether the Defendants can be located within this District. The Google search results did not provide a listing for any of the named Defendants.

I am unaware of any general or managing agent(s) of the named Defendants within this District.

In that I have been able to determine that the Defendants have not appointed an agent for service of process within the Northern District of California and that I have found no indication that the Defendants can be found within this District for the purposes of Rule B, I have formed a good faith belief based on the investigation of the attorneys under my direction that the Defendants do not have sufficient contacts or business activities within this District and do not have any offices or agents within this District to defeat maritime attachment under Rule B of the Supplemental Rules for Admiralty and Maritime Claims as set forth in the Federal Rules of Civil Procedure.

It is my belief, based upon an investigation performed by attorneys in my firm under my direction that the Defendants cannot be found within this District for the purposes of Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Dated: June 19, 2020

**LAW OFFICES OF YONI WEINBERG, P.C.**
By: _____
Yoni Weinberg
Attorney for Plaintiff
*Psara Energy, Ltd.*

3