AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Psara Energy, Ltd. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-04102 |
| Space Shipping, Ltd. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Psara Energy, Ltd.                                                                                                                      .

Date: 06/22/2020

/s/George A. Gaitas
*Attorney's signature*

George A. Gaitas - TX 24058885
*Printed name and bar number*

1908 N. Memorial Way
Houston, Texas, 77007

*Address*

gaitas@gkclaw.com
*E-mail address*

(281) 501-1800
*Telephone number*

(832) 962-8178
*FAX number*