**LAW OFFICES OF YONI WEINBERG, P.C.**
Yoni Weinberg, Esq. (306357)
11601 Wilshire Blvd., #500
Los Angeles, CA 90025
Telephone: (818) 697-1079
Facsimile: (855) 682-4983
E-mail: yoni@yoniweinberg.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSARA ENERGY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SPACE SHIPPING LTD., GEDEN HOLDINGS LTD.; ADVANTAGE SPRING SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; MEHMET EMIN KARAMEHMET; GULSUN NAZLI KARAMEHMET-WILLIAMS; TUGRUL TOKGOZ; MEHMET MAT; FLEETSCAPE SPRING, LLC; FLEETSCAPE ADVANTAGE HOLDINGS, LLC; <br><br> Defendants. | Case No. 20-cv-4102 <br><br> **PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** |

TO:   **THE UNITED STATES MARSHAL**
      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

GREETINGS:

**WHEREAS**, Plaintiff, PSARA ENERGY, LTD., filed an Original Verified Complaint in the United States District Court for the Northern District of California on June 19, 2020 with a claim against Defendants, SPACE SHIPPING LTD.; GEDEN HOLDINGS, LTD.; ADVANTAGE SPRING SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; MEHMET EMIN KARAMEHMET;

1

GULSUN NAZLI KARAMEHMET-WILLIAMS; TUGRUL TOKGOZ; MEHMET MAT; FLEETSCAPE SPRING, LLC; FLEETSCAPE ADVANTAGE HOLDINGS, LLC, in an amount of USD 17,087,362.00, together with interest, costs and attorney fees, with a prayer for process to attach said Defendants' tangible and intangible personal property, in an amount up to USD 17,087,362.00, accompanied by an Affidavit pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure stating that, to the best of affiant's knowledge, or on information and belief, the Defendants cannot be found within the District, together with a Motion for Issuance of Process of Maritime Attachment and Garnishment, and;

**WHEREAS**, the Court reviewed the Original Verified Complaint and Affidavit and found that the conditions of Rule B appeared to exist and entered an Order so stating and authorizing the issuance of process of maritime attachment and garnishment;

**NOW THEREFORE**, we hereby do empower, strictly charge and command you, the said Marshal, to attach all tangible or intangible property of the Defendants presently within this District, or assets expected in this District during the pendency of this action, comprised of debts, credits and effects, including, but not limited to: the M/T ADVANTAGE SPRING, a tanker vessel with IMO No. 9466582 and international call sign V7LO4, owned by Defendants, and/or any assets within the possession, custody or control of any other garnishee upon whom a copy of the Process of Maritime Attachment and Garnishment issued in this action may be served, be attached and garnished in an amount sufficient to answer Plaintiff's claim, until further Order of the Court;

We do further hereby empower, strictly charge and command you, the said Marshal, to execute this writ by:

(1) Attaching the M/T ADVANTAGE SPRING and affixing a copy of the process in a conspicuous place onboard and leaving a copy of the complaint, Order authorizing issuance of process of maritime attachment and garnishment and process with the person having possession of the vessel or its agent;

We do further empower, strictly charge and command you, the said Marshal, to notify the Defendants as follows:

(1) A maritime attachment and garnishment has been filed pursuant to Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure against SPACE SHIPPING LTD.; GEDEN HOLDINGS, LTD.; ADVANTAGE SPRING SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; MEHMET EMIN KARAMEHMET; GULSUN NAZLI KARAMEHMET-WILLIAMS; TUGRUL TOKGOZ; MEHMET MAT; FLEETSCAPE SPRING, LLC; FLEETSCAPE ADVANTAGE HOLDINGS, LLC, Defendants in this action;

(2) Defendants are required to file with the Clerk of the United States District Court for the Northern District of California, with copy to the Plaintiff's attorneys, George A. Gaitas, Gaitas & Chalos, P.C., 1908 N. Memorial Way, Houston, Texas, 77007, within thirty (30) days of service of this Writ, an answer to Plaintiff's Original Verified Complaint.

Witness, the Honorable __William H. Orrick__, Judge of the United States District Court for the Northern District of California this _22_ day of __June__ 2020.

So Issued this _22_ day of June 2020.



**United States District Clerk for the Northern District of California**

By: _____
Deputy Clerk
Jean M. Davis

3