UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSARA ENERGY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SPACE SHIPPING, LTD., et al., <br><br> Defendants. | Case No. 20-cv-04102-WHO <br><br> **CLARIFICATION OF ORDER DENYING MOTION TO VACATE MARITIME ATTACHMENT AND SETTING SUBSTITUTE SECURITY** <br><br> Re: Dkt. No. 31 |

Suitable security may be made in the form of cash, bond, or combination thereof, using the form approved in the related Eastern District of Texas proceeding. *See Psara Energy, Ltd. v. Space Shipping, Ltd., et al.*, Eastern District of Texas, Civil Action No. 1:18-cv-00178-MAC-ZJH, Dkt. No. 23.

**IT IS SO ORDERED.**

Dated: June 26, 2020

William H. Orrick
United States District Judge