# EXHIBIT B

**FORM NO. 10A**

## BILL OF SALE (Body Corporate)

| Official number | Name of Ship | Number, year and port of registry | | Whether a sailing, steam or motor ship | Horse power of engines (if any) |
|---|---|---|---|---|---|
| 9466582 | "ADVANTAGE SPRING" | 6308, 2010, Majuro | | Motor Ship | 18,660 KW |

| | | | | Number of Tons *(where dual tonnages are assigned the higher of these should be stated)* | |
|---|---|---|---|---|---|
| | | Metres | Tenths | Gross | Register |
| Length from fore part of stern, to the aft side of the head of the stern post/fore side of the rudder stock | | 266 | 07 | 83,805 | 49,031 |
| Main breadth to outside of plating | | 48 | 00 | | |
| Depth in hold from tonnage deck to ceiling amidships | | 23 | 70 | | |

and as described in more detail in the Register Book

We, (a) Advantage Spring Shipping LLC (hereinafter called "the transferors") of Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands in consideration of the sum of 30,825,000 United States Dollars paid to us by (b) Fleetscape Spring, LLC of Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands (hereinafter called "the transferee(s)") the receipt whereof is hereby acknowledged, transfer all sixty four sixty fourths (64/64th) shares in the Ship above particularly described, and in her boats and appurtenances, to the said transferee(s).

Further, we, the said transferors for ourselves and our successors covenant with the said transferee(s) and (c) their assigns, that we have power to transfer in manner aforesaid the premises hereinbefore expressed to be transferred, and that the same are free from encumbrances (d) all mortgages, maritime liens, taxes or any other debts whatsoever.

In witness whereof we have executed this bill of sale this 4th day of February 2019

**SIGNED and DELIVERED** as a DEED
by                    ISNAVC KANAN
                [signature]
the duly authorised attorney-in-fact of
**Advantage Spring Shipping LLC**
under and pursuant to a Power of Attorney
dated the 21st day of January 2019
in the presence of:

(a) Name in full of the Body Corporate. (b) Full name(s) and address(es) of transferee(s) with their description in the case of individuals, and adding "as joint owners" where such is the case. (c) "his", "their" or "its". (d) If any subsisting encumbrance add "save as appears by the registry of the said ship".
(e) Signatures and description of witnesses i.e. Director, Secretary, etc. (as the case may be).

## – ACKNOWLEDGEMENT –

LONDON         )
               ) : ss :
ENGLAND

On this __4th__ day of __February__ 2019, before me personally appeared Kivanc Kanan to me known, who being by me duly sworn, depose and say that he resides at 42 Brook Street, London W1K 5DB that he is an Attorney-in-Fact of _Advantage Spring Shipping LLC_ described in and who executed the foregoing instrument and he duly acknowledged to me that the execution thereof was his act and deed.

Yuliya Gavrylyuk
Special Agent of the Marshall Islands
International Registries (U.K.) Limited
3rd Floor, 42 Moorgate
London EC2R 6EL, UK

Special Agent
Of the Republic of the Marshall Islands