UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS (BEAUMONT)

| | |
|---|---|
| PSARA ENERGY, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SPACE SHIPPING, LTD.; GEDEN HOLDINGS, LTD.; ADVANTAGE SPRING SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. a/k/a GEDEN LINES; ADVANTAGE TANKERS, LLC; MEHMET EMIN KARAMEHMET; GULSUN NAZLI KARAMEHMET-WILLIAMS; TUGRUL TOKGOZ; MEHMET MAT; FLEETSCAPE SPRING, LLC; and FLEETSCAPE ADVANTAGE HOLDINGS, LLC,<br><br>Defendants. | 1:20-cv-00293-MAC |

## ORDER

The Matter, having come before the Court on Defendant Fleetscape Spring, LLC's *Motion for Relief from Order*, and it appearing, upon papers in support thereof and in opposition thereto as well as argument of counsel, and for good cause shown, that the Motion should be **GRANTED.**

**IT IS HEREBY ORDERED** that Defendants' *Motion for Relief from Order* is **GRANTED.**

159584.06501/123710149v.1