UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PSARA ENERGY, LTD. | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| SPACE SHIPPING, LTD.; GEDEN HOLDINGS LTD.; ADVANTAGE SPRING SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; MEHMET EMIN KARAMEHMET; GULSUN NAZLI KARAMEHMET-WILLIAMS; TUĞRUL TOKGÖZ; MEHMET MAT; FLEETSCAPE SPRING, LLC; FLEETSCAPE ADVANTAGE HOLDINGS, LLC | : | C.A. NO. 1:20-CV-00293-MAC<br><br>ADMIRALTY |
| **Defendants** | : | |

## NOTICE OF VOLUNTARY DISMISSAL

**TO THE HONORABLE JUDGE OF SAID COURT**:

**COMES NOW** Plaintiff PSARA ENERGY LTD. by and through undersigned counsel and files its Notice of Voluntary Dismissal of the above captioned case *Psara Energy Ltd. v. Space Shipping, Ltd., et al.,* Civil Action 1:20-cv-00293 pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In support, Plaintiff would show the court that:

1. Defendants have not filed an answer or a motion for summary judgment.

2. Plaintiff Psara Energy, Ltd. now wishes to voluntarily dismiss this action as a settlement of the underlying matter has been reached by the parties, and accordingly to release the substitute security held in the registry of the Court in this action to the defendant parties entitled to same.

3. This case is not a class action.

4. A receiver has not been appointed in this case.

5. This case is not governed by any federal statute that requires a court order for dismissal of the case.

1

6. Plaintiff Psara Energy Ltd. has not previously dismissed any federal, or state court, action including the same claims. However, there is a related case pending before this Court with civil action number 1:18-cv-00178, which Plaintiff will dismiss with a similar Notice of Voluntary Dismissal filed into civil action number 1:18-cv-00178.

7. This dismissal is with prejudice as to the specific claims of the Plaintiff alleged in this underlying matter, and is without prejudice to any other claims that anyone else may have in any proceedings pending or contemplated.

**WHEREFORE**, premises considered, and in accordance with Fed. R. Civ. P. Rule 41(a)(1)(A)(i), Plaintiff Psara Energy, Ltd. respectfully asks this Court to dismiss Plaintiff's action against the defendants in the above captioned case 1:20-cv-00293 and release the substitute security held in the registry of the Court in this action to the defendant parties entitled to same.

Respectfully Submitted,

Houston, Texas
February 8, 2021

GAITAS & CHALOS, P.C.

/s/Jonathan M. Chalos
George A. Gaitas
State Bar No. 24058885
Jonathan M. Chalos
State Bar No. 24097482
1908 N. Memorial Way
Houston, Texas 77007
Telephone: (281) 501-1800
Facsimile: (832) 962-8178
Email: gaitas@gkclaw.com
chalos@gkclaw.com

*Attorneys for Plaintiff*
Psara Energy Ltd.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing notice of dismissal was served on all counsel of record via the Court's CM/ECF system on this 8th day of February, 2021.

/s/ Jonathan M. Chalos
Jonathan M. Chalos