IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| PSARA ENERGY, LTD., | § |
| | § |
| v. | § |
| | § CASE NO. 1:20-cv-00293-MAC |
| SPACE SHIPPING, LTD.; GEDEN | § |
| HOLDINGS, LTD.; ADVANTAGE | § |
| SPRING SHIPPING, LLC; | § ADMIRALTY |
| GENELDENIZCILIK NAKLIYATI A.S. | § |
| a/k/a GEDEN LINES; ADVANTAGE | § |
| TANKERS, LLC; MEHMET EMIN | § |
| KARAMEHMET; GULSUN NAZLI | § |
| KARAMEHMET-WILLIAMS; | § |
| TUGRUL TOKGOZ; MEHMET MAT; | § |
| FLEETSCAPE SPRING, LLC; and | § |
| FLEETSCAPE ADVANTAGE | § |
| HOLDINGS, LLC | § |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date the Court considered the Notice of Voluntary Dismissal filed by Plaintiff Psara Energy, Ltd. as to all claims in the above-referenced matter. After reviewing the Notice, it is

**ORDERED** that all claims of Plaintiff, Psara Energy, Ltd., made in the above-referenced matter are hereby dismissed with prejudice to their re-filing, and that costs of court are assessed against the party incurring same. The bond filed as security for Plaintiff's claims is hereby **ORDERED** to be released to the parties entitled to return of same.