| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| PSARA ENERGY, LTD., § § Plaintiff, § § *versus* § § SPACE SHIPPING, LTD., GEDEN § HOLDINGS, LTD., ADVANTAGE § SPRING SHIPPING, LLC, GENEL § DENIZCILIK NAKLIYATI A.S., § ADVANTAGE TANKERS, LLC, § MEHMET EMIN KARAMEHMET, § GULSUN NAZLI KARAMEHMET- § WILLIAMS, TUGRUL TOKGOZ, § MEHMET MAT, FLEETSCAPE SPRING, § LLC, FLEETSCAPE ADVANTAGE § HOLDINGS, LLC, § § Defendants. § | | CIVIL ACTION NO. 1:20-CV-00293 |

## ORDER OF DISMISSAL

Pending before the court is the Plaintiff's "Notice of Voluntary Dismissal." Doc. No. 65. The parties have reached a settlement agreement.

Accordingly, the above case is **DISMISSED WITH PREJUDICE** with each party to bear its own costs of court. The court retains jurisdiction to enforce any settlement. The Clerk is directed to close the case and deny all pending motions as moot.

It is further **ORDERED** that the bonds paid into the registry of the court as security for Plaintiff's claims (Doc. No. 34-38) are to be released to the parties entitled to return of the same.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 10th day of February, 2021.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE